# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. TYRUS GARNER                                   Docket No. 3:02CR00095(AHN)

### PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Julmarie J. Egan, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Tyrus Garner who was sentenced to 48 months' incarceration for a violation of 18 U.S.C. § 843(b) by the Honorable Alan H. Nevas, Senior U.S. District Judge, sitting in the court at Bridgeport, Connecticut on April 1, 2003, who fixed the period of supervision at 1 year which commenced on October 28, 2005 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant shall participate in a program for substance abuse treatment, either inpatient or outpatient, as approved by the United States Probation Officer, to include testing to determine if the defendant has reverted to the use of drugs. The defendant shall pay all, or a portion of, the costs associated with treatment based on his ability to pay, in an amount to be determined by the probation officer. 2) The defendant shall participate in an employment readiness or vocational training program. 3) The defendant shall obtain and maintain full-time employment. The defendant's supervision is scheduled to terminate on October 27, 2006.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following conditions of supervised release:

<u>Standard Condition:</u> "You shall not commit another federal, state, or local crime." On April 8, 2006, Mr. Garner was arrested by the Windsor Locks Police Department and charged with Larceny 3rd Degree and Breach of Peace 2nd Degree. His next scheduled court date is October 19, 2006.

<u>Special Condition:</u> "The defendant shall participate in a program for substance abuse treatment, either inpatient or outpatient, as approved by the United States Probation Officer, to include testing to determine if the defendant has reverted to the use of drugs. The defendant shall pay all, or a portion of, the costs associated with treatment based on his ability to pay, in an amount to be determined by the probation officer." Mr. Garner has submitted urinalysis tests which returned positive for marijuana on April 24, 2006, May 3, 2006, May 26, 2006 and July 12, 2006. He was assessed and recommended for outpatient treatment at Wheeler Clinic in Hartford, Connecticut. He was discharged from this program in September 2006 due to un-excused absences from counseling sessions.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons, tolling the period of supervised release, directing Tyrus Garner to appear before this court at Bridgeport, Connecticut on _Nov. 15, 2006_ at _2:00 pm_ to show cause why supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this _23_
day of October, 2006 and ordered filed and made
a part of the records in the above case.

The Honorable Alan H. Nevas
Senior United States District Judge

Sworn to By

_Julmarie J. Egan_
Julmarie J. Egan
United States Probation Officer

Place _Bpt. CT._

Date _10/23/06_

Before me, the Honorable Alan H. Nevas, Senior United States District Judge, on this _23_ day of October at Bridgeport, Connecticut, U.S. Probation Officer Julmarie J. Egan appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

The Honorable Alan H. Nevas
Senior United States District Judge