# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**U.S.A. vs. TYRUS GARNER**　　　　　　　　　　　　　　　　　　　　**Docket No. 3:02CR00095(AHN)**

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Sandra L. Hunt, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Tyrus Garner who was sentenced to 48 months' imprisonment for a violation 21 U.S.C.§ 843(b) by the Honorable Alan H. Nevas, Senior U.S. District Judge, sitting in the court at Bridgeport, Connecticut, on April 1, 2003, who fixed the period of supervision at 1 year which commenced on October 28, 2005, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant shall participate in a program for substance abuse treatment, either inpatient or outpatient, as approved by the United States Probation Officer, to include testing to determine if the defendant has reverted to the use of drugs; 2) The defendant shall participate in an employment readiness or vocational training program; and 3) The defendant shall obtain and maintain full-time employment.

On November 15, 2006, the defendant's supervised release was revoked and he was sentenced to 1 day imprisonment and 9 months' supervised release which commenced on November 16, 2006. The Court reimposed all standard and special conditions and added the following: 4) The defendant is required to reside and participate in a community corrections center (halfway house) program for a period of 120 days as arranged by the Probation Office and shall abide by the conditions of that program during said placement.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following condition of supervised release:

<u>Special Condition</u>: "The defendant is required to reside and participate in a community corrections center (halfway house) program for a period of 120 days as arranged by the Probation Office and shall abide by the conditions of that program during said placement."

Since entering the CSI-Cheyney House Program on January 17, 2007, Mr. Garner has been cited for the following rule violations: Failure to Turn in Job Search Pass (2/2/07, 2/7/07), Unaccountable in Community (2/7/07), Failure to Comply with Staff and Urine Procedures (2/7/07), Being Disrespectful to Staff (2/11/07), Late Return to Facility (2/11/07), Failure to Secure Employment (2/20/07), Late Return to Facility, Unaccountable in Community (3/1/07), Failure to Secure Employment (3/6/07, Final Contract Agreement), Late Return to Facility, Unaccountable in Community (3/31/07), and Failure to Report Site Change (4/6/07). As a result of his repeated program violations, CSI-Cheyney House is terminating his placement and requiring his removal from the program.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Tyrus Garner to appear before the Honorable Alan H. Nevas, Senior U.S. District Judge, at Bridgeport, Connecticut on **April 18, 2007 at 11:00 a.m.**, to show cause why supervision should not be revoked.

**ORDER OF COURT**　　　　　　　　　　　　　　　　Sworn to By _/s/ Sandra L. Hunt_

Considered and ordered this _____
day of _April_ 2007 and ordered filed and made　　Sandra L. Hunt
a part of the records in the above case.　　　　　　Senior United States Probation Officer

　　　　　　　　　　　　　　　　　　　　　　　　　　Place _New Haven, CT_
_____
The Honorable Peter C. Dorsey　　　　　　　　　　Date _4/12/07_
Senior United States District Judge

Before me, the Honorable Peter C. Dorsey, Senior United States District Judge, on this 12TH day of April 2007 at New Haven, Connecticut, Senior U.S. Probation Officer Sandra L. Hunt appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Peter C. Dorsey
　　　　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge