# UNITED STATES DISTRICT COURT

**FILED**

District of _Connecticut_

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>TYRUS GARNER | JUDGMENT IN A CRIMINAL CASE<br>(For **Revocation** of Supervised Release)<br><br>Case Number:  3:02CR00095(AHN)<br>USM Number:  14637-014<br><br>Bruce D. Koffsky<br>Defendant's Attorney |

**THE DEFENDANT:**

■ admitted guilt to violation of condition ___Special Condition #4___ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Special Condition #4 | Failure to complete 120 day halfway house placement | 4/18/07 |

    The defendant is sentenced as provided in pages 1 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.: 5337 | April 18, 2007<br>Date of Imposition of Judgment |
| Defendant's Date of Birth: 1979 | |
| | _____<br>Signature of Judge |
| Defendant's Residence Address:<br>60 Warren Street<br>Apt. A-46<br>New Haven, CT 06510 | The Honorable Alan H. Nevas, Senior U.S. District Judge<br>Name and Title of Judge<br><br>4/18/07<br>Date |
| Defendant's Mailing Address:<br>60 Warren Street<br>Apt. A-46<br>New Haven, CT 06510 | |

DEFENDANT: Garner, Tyrus
CASE NUMBER: 3:02CR00095(AHN)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

**364 DAYS**

☐ The court makes the following recommendations to the Bureau of Prisons:

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL